### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**RYAN KUHNS,** *et al.*,

     **Plaintiffs,**

|  |  |
|---|---|
|  | **Civil Action 2:25-cv-1289** |
|  | **Judge Edmund A. Sargus, Jr.** |
| v. | **Magistrate Judge Elizabeth P. Deavers** |

**CLEVELAND-CLIFFS STEEL**
**CORPORATION,**

     **Defendant.**

### ORDER

This matter comes before the Court on the Second Joint Motion to Extend Stay. (ECF No. 46.) The Motion is **GRANTED**. The case is hereby **STAYED** until **MARCH 20, 2026**.

The parties are ordered to file a **JOINT STATUS REPORT** by **MARCH 27, 2026**.

     **IT IS SO ORDERED.**

Date: March 10, 2026

                          /s/ *Elizabeth A. Preston Deavers*
                          **ELIZABETH A. PRESTON DEAVERS**
                          **UNITED STATES MAGISTRATE JUDGE**